1  William D. Hyslop
2  United States Attorney
   Eastern District of Washington
3  David M. Herzog
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Jun 02, 2020
SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN D. KNIGHT,<br><br>Defendant. | 2:20-CR-68-RMP<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. § 2252A(a)(2)(A), (b)(1):<br>Distribution of Child Pornography<br>(Count 1)<br><br>18 U.S.C. § 2252A(a)(5)(B), (b)(2):<br>Possession of Child Pornography<br>(Count 2)<br><br>18 U.S.C. § 2253:<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

Between on or about August 24, 2019, and November 3, 2019, in the Eastern District of Washington, the Defendant, BRIAN D. KNIGHT, did knowingly distribute child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in interstate commerce by any means, including by computer, to wit: a visual depiction of a minor engaging in sexually explicit conduct, including the lascivious exhibition of the minor's genitals and pubic area, all in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

INDICTMENT – 1

## COUNT 2

On or about November 19, 2019, in the Eastern District of Washington, the Defendant, BRIAN D. KNIGHT, did knowingly possess material which contained one or more visual depictions of child pornography, as defined in 18 U.S.C. § 2256(8)(A), the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depictions were of such conduct; that had been mailed, shipped and transported in interstate and foreign commerce, and which was produced using materials which had been mailed, shipped, or transported in interstate or foreign commerce, by any means including computer, all in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C § 2252A(a)(2)(A), (b)(1), and/or 18 U.S.C. § 2252A(a)(5)(B), (b)(2), as alleged in this Indictment, the Defendant, BRIAN D. KNIGHT, shall forfeit to the United States of America any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, or any property traceable to such property.

If any of the property described above, as a result of any act or omission of the Defendant, BRIAN D. KNIGHT:

INDICTMENT – 2

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

DATED this 2 day of June, 2020.

A TRUE BILL

_____
Foreperson

_____
William D. Hyslop
United States Attorney

_____
David M. Herzog
Assistant United States Attorney

INDICTMENT – 3