# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, -vs- BRIAN D. KNIGHT, Defendant. | Case No. 2:20-CR-0068-RMP<br>CRIMINAL MINUTES<br><br>DATE: SEPTEMBER 21, 2021<br>LOCATION: SPOKANE VIDEO<br><br>**PRETRIAL CONFERENCE AND MOTION HEARING** |

| **Hon. Rosanna Malouf Peterson** | | |
|---|---|---|
| Penny Lamb | LC1 | Crystal Hicks |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| David M. Herzog and Alison L. Gregoire | | Andrea K. George |
| **Government Counsel** | | **Defense Counsel** |
| **United States Probation Officer:** Not Attended | | |

**[ X ] Open Court**  **[  ] Chambers**  **[ X ] Telecon/Video**

Defendant present not in custody of United States Marshal with appointed counsel. Due to the current COVID-19 public health crisis, all parties including Defendant, appeared via video conference. The Court obtained Defendant's verbal consent to proceedings by video.

Initial comments by Court: The Court has read Defendant's Motion to Continue and asked Ms. George for more background as to why the case is not moving forward.

Ms. George addressed the Court and advised that the forensic evidence in this case was stalled in Seattle for quite some time. Ms. George indicated that they have the discovery now and they have been working with experts and also working with Mr. Herzog. Ms. George advises that Mr. Herzog has given them a plea offer to distribution with a five-year mandatory minimum, and they need more time for Defendant to make a decision. Mr. Herzog advises that 6-10 days would be needed for trial. Mr. Herzog indicated that he could be ready for trial by December 6, 2021, and Ms. George agreed with that date. Ms. George requested that two pretrial conferences be set.

Court GRANTS Defendant's motion to continue trial. The Court set two pretrial conferences; one on October 27, 2021 (to hear Motions in Limine), one on November 23, 2021, and set a final pretrial conference of December 3, 2021, all to commence at 10:00 a.m. via video. Trial is continued to December 6, 2021, in Spokane.

**[ X ] ORDER FORTHCOMING**

| Convened: 4:00 p.m. | Adjourned: 4:14 p.m. | Time: 0:14 hr. | Calendared [ X ] |
|---|---|---|---|