Vanessa R. Waldref
United States Attorney
Eastern District of Washington
David M. Herzog
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-CR-00068-RMP-1 |
| Plaintiff, | United States' Notice of PSIR Review |
| v. | Sentencing Hearing: June 7, 2022, at 10:00 a.m. Spokane, Washington |
| BRIAN D. KNIGHT, | |
| Defendant. | |

Plaintiff United States of America, by and through the United States Attorney for the Eastern District of Washington, Vanessa R. Waldref, and Assistant United States Attorney David M. Herzog, hereby gives notice that the United States has received and reviewed the draft Presentence Investigation Report ("PSIR") in the above-captioned matter, which has been disclosed by United States Probation Officer Shawn Kennicutt. ECF No. 55. The United States has no objections to the draft PSIR and will be filing a sentencing position in accordance with the Court's scheduling orders.

Dated: May 10, 2022	Vanessa R. Waldref
	United States Attorney

	 s/ David M. Herzog
	David M. Herzog
	Assistant United States Attorney

United States Notice of PSIR Review – 1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Defendant's counsel of record.

*s/ David M. Herzog*
David M. Herzog
Assistant United States Attorney