

Andrea K. George
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Attorney for Brian Knight

# United States District Court
## Eastern district of Washington

| | |
|---|---|
| United States,<br><br>        Plaintiff,<br><br>v.<br><br>Brian Knight,<br><br>        Defendant. | No. 20-cr-0068-RMP<br><br>Motion to Continue Sentencing<br><br>June 7, 2022<br>Without Oral Argument |

Brian Knight is scheduled to be sentenced on June 7, 2022. Because defense counsel came down with Covid, she has been unable to meet with Mr. Knight in person to prepare for the sentencing hearing. On that basis, and to ensure Mr. Knight is fully prepared for his sentencing hearing, counsel moves for a continuance of his sentencing hearing to the week of June 21, 2022.

Counsel has discussed this with AUSA Herzog and he does not oppose this motion.

Dated: May 26, 2022.

Federal Defenders of Eastern Washington & Idaho

*s/Andrea K. George*

Andrea K. George, MN 202125
10 North Post Street, Suite 700
Spokane, Washington 99201
t: (509) 624-7606
f: (509) 747-3539
Andrea_George@fd.org

Motion to Continue
-1-

## Service Certificate

I certify that on May 26, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: David Herzog.

*s/Andrea K. George*

Andrea K. George, MN 202125
10 North Post Street, Suite 700
Spokane, Washington 99201
t: (509) 624-7606
f: (509) 747-3539
Andrea_George@fd.org