

Andrea K. George
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Attorney for Byron Thomas Ginn

# United States District Court
## Eastern district of Washington

| | |
|---|---|
| United States, | No. 20-cr-00068-RMP |
| Plaintiff, | |
| v. | Sentencing Memorandum |
| Brian D. Knight | |
| Defendant. | |

At four years old, Brian Knight suffered a massive stroke. It left him partially paralyzed on the left side of his body. His left arm permanently curled, his brain, injured. At twenty-two, he suffered another, increasing the damage to his body and brain. When the epileptic episodes hit, he would often fall, causing multiple concussions. The diabetes causes swelling in his feet, but is controlled by oral medication. He has carpal tunnel syndrome and his eyes are weakening.

Brian Knight is physically and mentally vulnerable. He experiences anxiety, depression, extreme stress and lives with autism. He does not need, nor should he receive a lengthy prison sentence. He has been on pretrial release with strict conditions for over two years. He has not had a single pretrial violation.

"Sending an offender to prison isn't a very effective way to deter crime. Prisons are good for punishing criminals and keeping them off the street, but prison sentences are unlikely to deter future crimes. Prisons actually may have the opposite effect."[1]

"[T]here is little evidence of a specific deterrent effect arising from the experience of imprisonment compared with the experience of noncustodial sanctions such as probation. Instead, the evidence suggests that reoffending is

---

[1] National Institute of Justice, *Five Things About Deterrence*, http://www.nij.gove/five-things/pages/deterrence.aspx

Sentencing Memorandum
- 1 -

either unaffected or increased."[2]

Mr. Knight asks for a three-year term of imprisonment and to be supervised for the rest of his life.

Dated: June 17, 2022

    Federal Defenders of Eastern Washington & Idaho

    *s/Andrea K. George*

    Andrea K. George, MN 202125
    10 North Post Street, Suite 700
    Spokane, Washington 99201
    t: (509) 624-7606
    f: (509) 747-3539
    Email: Andrea_George@fd.org

## Service Certificate

I certify that on June 17, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: David Herzog.

    *s/Andrea K. George*

    Andrea K. George, MN 202125
    10 North Post Street, Suite 700
    Spokane, Washington 99201
    t: (509) 624-7606
    Andrea_George@fd.org

---

[2] Daniel S. Nagin, *Deterrence in the Twenty-First Century,* 42 Crime & Just. 199, 201 (2013).