FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 15, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>BRIAN D. KNIGHT,<br><br>                Defendant. | NO:  2:20-CR-68-RMP-1<br><br>ORDER MODIFYING CONDITIONS OF RELEASE |

      BEFORE THE COURT are Defendant's Motion to Modify Conditions of Release, ECF No. 79, and Motion to Expedite hearing of the same, ECF No. 80. Defendant moves the Court to modify the conditions of his post-sentencing conditions of release to remove his electronic monitoring device on August 31, 2022, one day before he is designated to self-surrender for his prison sentence.  ECF No. 79 at 2.  Neither the Government nor the United States Probation Office objects to Defendant's motions.  *Id.*  Having reviewed the motions, the record, and relevant law, the Court is fully informed and finds that good cause exists to grant both motions.

/ / /

ORDER MODIFYING CONDITIONS OF RELEASE ~ 1

Accordingly, **IS HEREBY ORDERED**:

1. Defendant's Motion to Modify Conditions of Release, **ECF No. 79**, and Motion to Expedite hearing of the same, **ECF No. 80**, are **GRANTED**.

2. Defendant's Additional Condition of Release No. 28, requiring use of an electronic monitoring device, ECF No. 19 at 4, will **terminate** on **August 31, 2022**.

3. Defendant shall report to the United States Probation Office to arrange for the removal of the electronic monitoring device.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel and to the United States Probation Office.

**DATED** August 15, 2022.

                            *s/ Rosanna Malouf Peterson*
                          ROSANNA MALOUF PETERSON
                          Senior United States District Judge